NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
kimberly.frayn@usdoj.gov

*Attorneys for United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PEDRO OLVERA-QUEZADA,<br><br>Defendant. | Case No. 2:18-cr-00415-JCM-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING DATE AND PROPOSED ORDER**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between, NICHOLAS A. TRUTANICH, United States Attorney, District of Nevada, KIMBERLY M. FRAYN, Assistant United States Attorney, and PAUL RIDDLE, Assistant Federal Public Defender, counsel for Defendant Pedro Olvera-Quezada, that the sentencing currently scheduled for September 10, 2019, at 10:00 a.m., be vacated and continued to a date convenient to the Court but not less than at least two (2) weeks.

The stipulation is entered into for the following reasons:

1. Government counsel has been scheduled to teach a course on that same date and time, conflicting with the hearing's date and time.

2. Undersigned counsel contacted counsel for the defense regarding the continuance, and he is in agreement with the request.

3. The defendant is in custody pending sentencing. However, the parties agree that the reasonable delay requested herein is necessary for the purpose of allowing the attorneys who are familiar with the facts of this case be present during the sentencing hearing.

4. Consequently, the Government requests the sentencing in the instance case be continued to a date and time convenient to the Court, but not sooner than at least two weeks from the current setting.

5. This is the Government's first request for a continuance of the Defendant's sentencing.

Respectfully submitted this 9th day of September, 2019.

| | |
|---|---|
| NICHOLAS A. TRUTANICH<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| /s/ *Kimberly M. Frayn*<br>KIMBERLY M. FRAYN<br>Assistant United States Attorney<br>District of Nevada | /s/ *Paul D. Riddle*<br>PAUL D. RIDDLE<br>Assistant Federal Public Defender<br>District of Nevada |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PEDRO OLVERA-QUEZADA,<br><br>Defendant. | Case No. 2:18-cr-00415-JCM-NJK<br><br>**ORDER** |

Based upon the stipulation of the parties, and good cause appearing, therefore:

IT IS HEREBY ORDERED that the sentencing currently scheduled for September 10, 2019 at 10:00 a.m., be vacated and continued to the __1st__ day of __October__, 2019 at the hour of __10:00 a.m__.

DATED September 9, 2019.

_____
**HONORABLE JAMES C. MAHAN**
United States District Judge